# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARY RAZOR, as personal representative of the Estate of Jerry Snead, deceased**     **PLAINTIFF**

v.     No. 3:20-cv-17-DPM

**UNITED STATES OF AMERICA**     **DEFENDANT**

## ORDER

The deadline for Razor to find a new lawyer has passed. Her complaint will be dismissed without prejudice for failure to provide the required expert testimony by the much-extended deadline.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 May 2022