IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY RAZOR, as personal representative
of the Estate of Jerry Snead, deceased                   PLAINTIFF

v.                     No. 3:20-cv-17-DPM

UNITED STATES OF AMERICA                   DEFENDANT

## JUDGMENT

Razor's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 May 2022